1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>　　　Plaintiff,<br><br>v.<br><br>SLJ PROPERTIES L.P., A California Limited Partnership; And DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. S 04-1837 WBS DAD<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Stipulation And Order For Dismissal

1   Plaintiff Hollyn Delil and SLJ Properties L.P., by and through their attorneys of record,
2   file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).
3   Plaintiff filed this lawsuit on September 2, 2004 .
4   Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement"
5   which settles all aspects of the lawsuit against defendant. The "Mutual Release And Settlement
6   Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants
7   stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement
8   Agreement."
9   Plaintiff moves to dismiss with prejudice the lawsuit against defendant.
10  Defendant, who has answered the complaint, agrees to the dismissal with prejudice.
11  This case is not a class action, and no receiver has been appointed.
12  This Stipulation and Order may be signed in counterparts.
13  Wherefore, plaintiff and defendant, by and through their attorneys of record, so stipulate.

Date: 4/13/05                           SIDNEY J. COHEN
                                        PROFESSIONAL CORPORATION

                                        /s/ Sidney J. Cohen
                                        _____
                                        Sidney J. Cohen
                                        Attorney for Plaintiff Hollyn Delil

Date: 3/30/05                           CAULFIELD, DAVIES, & DONAHUE, LLP

                                        /s/ James R. Donahue
_____
                                        James R. Donahue, Esq.
                                        Attorney for Defendant SLJ Properties, L.P.

Stipulation And Order For Dismissal              -1-

1    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

2    The lawsuit against defendants is dismissed with prejudice. The Court shall retain

3 jurisdiction to enforce the terms of the "Mutual Release And Settlement Agreement" incorporated

4 by reference herein as if set forth in full.

5 Date:   April 15, 2005

6

7    _____
   WILLIAM B. SHUBB
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And Order For Dismissal                -2-